The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement,<br>U.S. Customs and Border Protection, and U.S.<br>Citizenship and Immigration Services,<br><br>Defendants. | No. C18-655-JLR<br><br>Stipulation and ~~Proposed~~ Order<br>for a One Week Extension<br><br>Note on Motion Calendar: December 13, 2018 |

The parties hereby request a one-week extension of the deadlines for filing motions for summary judgment and responses in the Court's Stipulation and Order for Deadlines (Dkt. #31).

Good cause is shown for the extension. Defendant ICE has been working diligently to draft a declaration in support of defendants' motion for summary judgment, but because of the extensive nature of the search for documents conducted, it needs a few more days to complete that declaration. The additional time will ensure that the declaration is thorough and comprehensive.

Stipulation and ~~Proposed~~ Order for a One Week Extension– 1
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

1    Therefore, the parties agree that Defendants will file their motion for summary judgment

2    by December 24, 2018.  Plaintiff shall file its response to Defendants' motion for summary

3    judgment and any cross motion for summary judgment within 30 days thereafter.  Defendants

4    shall serve a reply to Plaintiff's response and cross motion 30 days thereafter.

5    Dated this 13th day of December, 2018

6

7    /s/ Khaled Alrabe                        .

     Elizabeth G. Simpson, NC #41596 (admitted pro
8    hace vice)
     Khaled Alrabe, NY Bar Reg. 5542311 (admitted
9    pro hace vice)
     NATIONAL IMMIGRATION PROJECT
10   OF THE NATIONAL LAWYERS GUILD
     89 South St. Suite 603
11   Boston, MA 02111
     Ph.     (617) 412-6794
12   Ph.     (703) 587-8563
     Em.    elizabeth@nipnlg.org
13   Em.    khaled@nipnlg.org

14   /s/ Devin T. Theriot-Orr                 .
     Devin T. Theriot-Orr, WSBA #33995
15   SUNBIRD LAW, PLLC
     1001 4th Avenue, Suite 3200
16   Seattle, WA 98154
     Ph.     (206) 962-5052
17   Fax     (206) 681-9663
     Em.    devin@sunbird.law
18
     ANNETTE L. HAYES
19   United States Attorney

20   s/ Brian C. Kipnis                       .
     BRIAN C. KIPNIS
21
     s/ Sarah K. Morehead                     .
22   SARAH K. MOREHEAD, WSBA #29680
     Assistant United States Attorneys
23   Office of the United States Attorney
     Suite 5220, United States Courthouse

Stipulation and Proposed Order for a One Week Extension– 2
No. C18-655-JLR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

Stipulation and ~~Proposed~~ Order for a One Week Extension– 3
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA  02108

1

2

**ORDER**

3      The parties having so stipulated, IT IS ORDERED that the stipulation is granted.  The

4    parties will comply with the deadlines set forth above.

5

6      Dated this ___13th___ day of ___December___, 2018.

7

8                                                              _____
                                                            James L. Robart
                                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Stipulation and ~~Proposed~~ Order for a One Week Extension– 4
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA  02108