The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services,<br><br>Defendants. | No. C18-655-JLR<br><br>Stipulation and Proposed Order for a Two-Week Extension<br><br>Note on Motion Calendar: January 8, 2018 |

The parties hereby request a two-week extension of the deadlines for filing motions for summary judgment and responses in the Court's Stipulation and Order for Extension of Deadlines (Dkt. #33).

Good cause is shown for the extension. Despite exercising due diligence, Plaintiff requests an additional two weeks in which to complete her response and motion due to other competing deadlines, as well as the complex nature of the FOIA request and searches conducted in this case.

Stipulation and Proposed Order for a Two-Week Extension– 1
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

1     Therefore, the parties agree that Plaintiff will file their response and cross motion for

2 summary judgment to Defendants' motion for summary judgment by February 4, 2018.

3 Defendants shall serve a reply to Plaintiff's response and cross motion 30 days thereafter.

4     Dated this 8th day of January 2018

                            /s/ Khaled Alrabe

Elizabeth G. Simpson, NC #41596 (admitted *pro hace vice*)
Khaled Alrabe, NY Bar Reg. 5542311 (admitted *pro hace vice*)
NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD
89 South Street, Suite 603
Boston, MA 02111
Ph.  (617) 412-6794
Ph.  (703) 587-8563
Em.  elizabeth@nipnlg.org
Em.  khaled@nipnlg.org

    /s/ Devin T. Theriot-Orr
Devin T. Theriot-Orr, WSBA #33995
SUNBIRD LAW, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
Ph.  (206) 962-5052
Fax  (206) 681-9663
Em.  devin@sunbird.law

ANNETTE L. HAYES
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271

Stipulation and Proposed Order for a Two-Week Extension– 2
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

Stipulation and Proposed Order for a Two-Week Extension– 3
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108

# ORDER

The parties having so stipulated, IT IS ORDERED that the stipulation is granted. The parties will comply with the deadlines set forth above.

Dated this 8th day of January, 2019.

James L. Robart
United States District Judge

Stipulation and Proposed Order for a Two-Week Extension— 4
No. C18-655-JLR

National Immigration Project
of the National Lawyers Guild
14 Beacon Street, Suite 602
Boston, MA 02108