1                                            The Honorable James L. Robart

2

3

4

5

6                      UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                             AT SEATTLE

8

| | |
|---|---|
| Maria Mora-Villalpando, | No. C18-655-JLR |
| Plaintiff, | Stipulation and ~~Proposed~~ Order for an Extension |
| v. | |
| U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services, | Note on Motion Calendar: February 26, 2019 |
| Defendants. | |

15        The parties hereby request an extension of the deadlines for filing responses and replies

16  in support of their motions for summary judgment; the current deadlines are contained in the

17  Court's Stipulation and Order for Deadlines (Dkt. #31). Specifically, the parties request that

18  ICE's March 6, 2019 deadline to file its response to plaintiff's cross-motion for summary

19  judgment be extended to April 5, 2019, and that plaintiff's deadline to file its reply be extended

20  to April 19, 2019.

21        Good cause is shown for the extension. Defendant ICE has been working diligently to

22  prepare its response to plaintiff's cross-motion for summary judgment, but needs additional time

Stipulation for Extension
18-655-JLR - 1

1    to draft the response and any supporting documents because of the delays caused by the lengthy

2    government shutdown.  The additional time will ensure that the response is thorough and

3    comprehensive.

4           Therefore, the parties agree that ICE will file its response to plaintiff's motion for

5    summary judgment by April 5, 2019, and that plaintiff will file her reply by April 19, 2019.

6           Dated this 26th day of February, 2019.

7

8                                    /s/  Khaled Alrabe                              .

9                              Elizabeth G. Simpson, NC #41596 (admitted *pro
                             hace vice*)
10                             Khaled Alrabe, NY Bar Reg. 5542311 (admitted
                             *pro hace vice*)
11                             NATIONAL IMMIGRATION PROJECT
                                OF THE NATIONAL LAWYERS GUILD
12                             89  South St. Suite 603
                             Boston, MA 02111
13                             Ph.     (617) 412-6794
                             Ph.     (703) 587-8563
14                             Em.    elizabeth@nipnlg.org
                             Em.    khaled@nipnlg.org
15
                                     /s/  Devin T. Theriot-Orr                   .
16                             Devin T. Theriot-Orr, WSBA #33995
                             SUNBIRD LAW, PLLC
17                             1001 4th Avenue, Suite 3200
                             Seattle, WA  98154
18                             Ph.     (206) 962-5052
                             Fax     (206) 681-9663
19                             Em.    devin@sunbird.law

20

21

22

23

UNITED STATES ATTORNEY
                                                       700 STEWART STREET, SUITE 5220
                                                       SEATTLE, WASHINGTON 98101
                                                       (206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BRIAN T. MORAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

Stipulation for Extension
18-655-JLR - 3

# ORDER

The parties having so stipulated, IT IS ORDERED that the stipulation is granted.  The parties will comply with the deadlines set forth above.

Dated this ___26___ day of ___FeB.___, 2019.

James L. Robart
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970