The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. Immigration and Customs Enforcement,<br>U.S. Customs and Border Protection, et al.,<br><br>　　　　Defendants. | No. C18-655-JLR<br><br>Plaintiff's Response to<br>Defendants' Motion<br>for Leave to File Supplemental<br>Declaration |

Plaintiff takes no position on the Defendant's Motion to Supplement the Record. Plaintiff maintains that Defendants have not met their burden of showing that they conducted a search reasonably calculated to uncover responsive records. In the FOIA context "summary judgment may be granted on the basis of agency affidavits if they contain reasonable specificity of detail rather than merely conclusory statements, and if they are not called into question by contradictory evidence in the record or by evidence of agency bad faith." *Aguiar v. DEA*, 865 F.3d 730, 734-35 (D.C. Cir. 2017).

As Plaintiff has explained in prior briefing, the previous two declarations do not meet this standard. If the court requests it, Plaintiff will file supplemental briefing on why the third

---

Plaintiff's Response to Defendants' Motion
for Leave to File Supplemental Declaration– 1
No. C18-655-JLR

National Immigration Project
 Of the National Lawyers Guild
89 South St., Suite 603,
Boston, MA 02111

1  declaration also does not render Defendants' search adequate. Similarly, if requested by the

2  Court, Plaintiff can respond to the contentions in Defendants' Surreply.

3

4  /s/ Khaled Alrabe                              .
   Khaled Alrabe, NY Bar Reg. 5542311 (admitted
5  *pro hace vice*)
   NATIONAL IMMIGRATION PROJECT
6   OF THE NATIONAL LAWYERS GUILD
   89 South Street, Suite 603
7  Boston, MA  02111
   Ph.     (510) 679-3994
8  Em.    khaled@nipnlg.org

9  /s/ Devin T. Theriot-Orr .
   Devin T. Theriot-Orr, WSBA #33995
10 OPEN SKY LAW, PLLC
   20415 72nd Ave. S., Ste. 110
11 Kent, WA 98032
   Ph. (206) 962-5052
12 Fax (206) 681-9663
   Em. devin@opensky.law

13

14

15

16

17

18

19

20

21

22

23

Plaintiff's Response to Defendants' Motion
for Leave to File Supplemental Declaration– 2
No. C18-655-JLR

National Immigration Project
 Of the National Lawyers Guild
89 South St., Suite 603,
Boston, MA 02111