1

The Honorable James L. Robart

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

| | |
|---|---|
| Maria Mora-Villalpando, | No. C18-655-JLR |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services, | |
| Defendants. | |

9

10

11

12

13

14

15        The parties hereby file this Joint Status Report as required by the Court's Order on

16    Cross Motions for Summary Judgment (Dkt. #52).  The Court ordered the parties to provide a

17    joint status report within two months concerning their progress with the Court's rulings.

18        U.S. Immigration and Customs Enforcement ("ICE") has conducted initial searches of

19    the Office of Principal Legal Advisor ("OPLA") Case Management System ("OCMS PLAnet").

20    Defendants provided initial results of their searches for these search terms to the Plaintiff and the

21    parties are in the process discussing these results and determining if the search terms may be

22

23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   narrowed.  The parties request that they be granted more time to confer on these points and

2   propose updating the court on the progress in 60 days.

3       For plaintiff's third FOIA request,[1] U.S. Customs and Immigration Services ("USCIS")

4   will conduct a search of the EDMS database once search terms are agreed upon.  Plaintiff has

5   proposed the following:

6       "Copies of any I-213s, with identifying information redacted, where any of the following

7   is noted:

8       1.      An individual's public statement or statements to the media regarding their

9   immigration status or lack thereof;

10      2.      An individual's involvement with an immigrant rights organization or

11  organizations;

12      3.      An individual's involvement with "anti-ICE protest", "protests", "immigration

13  advocacy", "immigrant rights", "activism", "organizing", and/or "advocacy"; and/or

14      4.      An individual's status as an "advocate", "activist", "media", and/or a "journalist."

15      USCIS is currently evaluating plaintiff's proposed search terms and the search

16  capabilities of the EDMS system.  Once search terms are agreed upon, USCIS will conduct the

17  search and ICE will review documents prior to production.

18

19

---

20  [1] Plaintiff's third FOIA request is, "Copies of any I-213s, with identifying information redacted, where ICE has
    initiated enforcement action against an individual due to:

21  1. the individual's public statement or statements to the media regarding
    their immigration status;

22  2. the individual's involvement in 'anti-ICE protests;' and/or 'immigrant
    rights' activism; and/or

23  3. the individual's involvement in 'Latino advocacy programs,'
    'immigration advocacy,' 'activism,' and/or 'organizing.'"

Joint Status Report
18-655-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        In addition, the parties have agreed that all searches will involve the time frame of

2    January 20, 2017 to the present.

3        To keep the Court apprised, the parties will provide the Court with another Joint Status

4    Report within 60 days of this Joint Status Report, unless the Court orders otherwise.

5        Dated this 26th day of September, 2019.

6

7                                         /s/ Khaled Alrabe                .
                                          Khaled Alrabe, NY Bar Reg. 5542311 (admitted
8                                         pro hace vice)
                                          NATIONAL IMMIGRATION PROJECT
9                                          OF THE NATIONAL LAWYERS GUILD
                                          89 South St. Suite 603
10                                        Boston, MA 02111
                                          Ph.    (617) 412-6794
11                                        Em.    khaled@nipnlg.org

12                                         /s/ Devin T. Theriot-Orr        .
                                          Devin T. Theriot-Orr, WSBA #33995
13                                        OPEN SKY LAW, PLLC
                                          20415 72nd Ave. S., Ste. 110
14                                        Kent, WA 98032
                                          Ph.    (206) 962-5052
15                                        Fax    (206) 681-9663
                                          Em.    devin@opensky.law

16

17

18

19

20

21

22

23

Joint Status Report                                    UNITED STATES ATTORNEY
18-655-JLR - 3                                         700 STEWART STREET, SUITE 5220
                                                       SEATTLE, WASHINGTON 98101
                                                       (206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BRIAN T. MORAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

1

## ORDER

2

3   The parties will submit another joint status report within 60 days of the date of this order.

4   Dated this __26th__ day of __September__, 2019.

5

6

7   James L. Robart
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Joint Status Report
18-655-JLR - 5