The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement, U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services,<br><br>Defendants. | No. C18-655-JLR<br><br>JOINT STATUS REPORT |

The parties hereby file this Joint Status Report as required by the Court's Order on the parties' previous joint status report (Dkt. #54). The Court ordered the parties to provide a joint status report within two months concerning their progress with the Court's rulings.

U.S. Immigration and Customs Enforcement ("ICE") has conducted initial searches of the Office of Principal Legal Advisor ("OPLA") Case Management System ("OCMS PLAnet"). The parties have discussed those results and agreed to a set of search terms. Therefore, ICE will conduct searches of the database based on the agreed upon search terms.

Joint Status Report
18-655-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   In addition, U.S. Customs and Immigration Services ("USCIS") will conduct a search of
2   the EDMS database for copies of I-213s created on or after January 20, 2017 once search terms
3   are agreed upon. The parties are continuing to negotiate search terms. Once search terms are
4   agreed upon, USCIS will conduct the search and ICE will review documents prior to production.
5   The parties have agreed that all searches will involve the time frame of January 20, 2017
6   to the present.
7   To keep the Court apprised, the parties will provide the Court with another Joint Status
8   Report within 60 days of this Joint Status Report, unless the Court orders otherwise.
9   Dated this 25th day of November, 2019.

   /s/ Khaled Alrabe
   Khaled Alrabe, NY Bar Reg. 5542311 (admitted *pro hace vice*)
   NATIONAL IMMIGRATION PROJECT
   OF THE NATIONAL LAWYERS GUILD
   89 South St. Suite 603
   Boston, MA 02111
   Ph.   (617) 412-6794
   Em.   khaled@nipnlg.org

   /s/ Devin T. Theriot-Orr
   Devin T. Theriot-Orr, WSBA #33995
   OPEN SKY LAW, PLLC
   20415 72nd Ave. S., Ste. 110
   Kent, WA 98032
   Ph.   (206) 962-5052
   Fax   (206) 681-9663
   Em.   devin@opensky.law

Joint Status Report
18-655-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

BRIAN T. MORAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

Joint Status Report
18-655-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties will submit another joint status report within 60 days of the date of this order.

Dated this 26th day of November, 2019.

*[signature]*

James L. Robart
United States District Judge
Joint Status Report
18-655-JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970