The Honorable James L. Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Maria Mora-Villalpando,

                              Plaintiff,

                    v.

U.S. Immigration and Customs Enforcement
and U.S. Customs and Border Protection,
and U.S. Citizenship and Immigration
Services,

                              Defendants.

CASE NO.  C18-655-JLR

JOINT STATUS REPORT

The parties hereby file this Joint Status Report as required by the Court's Order on the

parties' previous joint status report (Dkt. #58).  The Court ordered the parties to provide a joint

status report within sixty days concerning their progress with the Court's rulings.

With respect to the Second Request, U.S. Immigration and Customs Enforcement ("ICE")

conducted a search of the Office of Principal Legal Advisor ("OPLA") Case Management System

("OCMS PLAnet") as ordered by the Court.  The parties agreed to search terms on December 6,

2019.  ICE has completed the searches in the OCMS PLAnet database using the keywords to which

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the parties agreed and pulled records that fell within the relevant date range.  ICE is currently

conducting a responsiveness review of the records.  To the extent that any of the records are

responsive, ICE will start processing and producing any responsive records on a rolling basis in

April, with the first production being made by April 30, 2020.

In addition, U.S. Customs and Immigration Services ("USCIS") will retrieve all files that

were ingested into the Enterprise Document Management System ("EDMS") on or after January 20,

2017 and contain at least one I-213 form.  Once those files are retrieved, USCIS will search the I-

213s that were created on or after January 20, 2017 for any of the search terms agreed upon by

plaintiff and USCIS.  Once USCIS has conducted the search and determined what, if any, documents

are found and responsive to plaintiff's request, then defense counsel will inform plaintiff's counsel

of when USCIS anticipates producing responsive records.

To keep the Court apprised, the parties propose to provide the Court with another Joint Status

Report within 60 days of the Court's order on this Joint Status Report, unless the Court orders

otherwise.

Dated this 3rd day of April, 2020.

    /s/  Khaled Alrabe                    .
Khaled Alrabe, NY Bar Reg. 5542311
(admitted *pro hace vice*)
National Immigration Project
 of the National Lawyers Guild
89  South St. Suite 603
Boston, MA 02111
Ph.     (617) 412-6794
Em.     khaled@nipnlg.org


    /s/  Devin T. Theriot-Orr             .
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW, PLLC

JOINT STATUS REPORT
C18-655-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | 20415 72nd Ave. S., Ste. 110 |
| | Kent, WA  98032 |
| 2 | Ph.      (206) 962-5052 |
| 3 | Fax      (206) 681-9663 |
| | Em.      devin@opensky.law |
| 4 | |
| 5 | BRIAN T. MORAN |
| | United States Attorney |
| 6 | |
| 7 | s/ Brian C. Kipnis |
| | BRIAN C. KIPNIS, CA SBA #105161 |
| 8 | |
| 9 | s/ Sarah K. Morehead |
| | SARAH K. MOREHEAD, WSBA #29680 |
| 10 | Assistant United States Attorneys |
| | Office of the United States Attorney |
| 11 | Suite 5220, United States Courthouse |
| 12 | 700 Stewart Street |
| | Seattle, Washington 98101-1271 |
| 13 | Phone: 206-553-7970 |
| | Fax: 206-553-4073 |
| 14 | Email: brian.kipnis@usdoj.gov |
| 15 | Email: sarah.morehead@usdoj.gov |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STATUS REPORT
C18-655-JLR - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The parties will submit another joint status report within 60 days of the date of this order.

Dated this __7th__ day of ___April_____, 2020.

_____
James L. Robart
United States District Judge

JOINT STATUS REPORT
C18-655-JLR - 4