UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services,<br><br>Defendants. | CASE NO. C18-655-JLR<br><br>JOINT STATUS REPORT |

The parties hereby file this Joint Status Report as required by the Court's Order on the parties' previous joint status report (Dkt. #64). The Court ordered the parties to provide a joint status report within sixty days concerning their progress with the Court's rulings.

Plaintiff requests additional time to assess the information provided by defendants as a result of the additional searches defendants conducted. Thereafter, the parties will discuss what, if any, issues remain to be adjudicated.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

To keep the Court apprised, the parties propose to provide the Court with another Joint Status Report within 60 days of the Court's order on this Joint Status Report, unless the Court orders otherwise.

Dated this 13th day of October, 2020.

       _/s/ Khaled Alrabe_       .
Khaled Alrabe, NY Bar Reg. 5542311
(admitted *pro hace vice*)
National Immigration Project
 of the National Lawyers Guild
89 South St. Suite 603
Boston, MA 02111
Ph.    (617) 412-6794
Em.    khaled@nipnlg.org

       _/s/ Devin T. Theriot-Orr_      .
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
Ph.    (206) 962-5052
Fax    (206) 681-9663
Em.    devin@opensky.law


BRIAN T. MORAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS, CA SBA #105161

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov

JOINT STATUS REPORT
C18-655-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970