The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Maria Mora-Villalpando,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services,<br><br>                Defendants. | CASE NO. C18-655-JLR<br><br>JOINT STATUS REPORT |

      The parties hereby file this Joint Status Report as required by the Court's Order on the parties' previous joint status report (Dkt. #66). The Court ordered the parties to provide a joint status report within sixty days concerning their progress with the Court's rulings.

      The parties agree that the merits of the case have now been resolved. The only remaining issues are whether attorney's fees are warranted and, if so, the amount. The parties will strive to negotiate and resolve that issue without the Court's intervention. If they are able to do so, the parties will file a stipulated motion to dismiss.

JOINT STATUS REPORT
C18-655-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

To facilitate negotiations regarding attorney's fees, Plaintiff agrees to provide Defendants any fee demand, detailed itemized billing, and attorney biographies used to justify any billable hour amounts no later than 45 days after the Court issues its order on this joint status report. If the parties are not able to agree on the resolution of the fees issue, the parties will file another status report within ninety days after the Court issues its order with a proposed briefing schedule for Plaintiff's Motion for Attorney's Fees.

Dated this 14th day of December, 2020.

/s/ Khaled Alrabe
Khaled Alrabe, NY Bar Reg. 5542311
(admitted *pro hace vice*)
National Immigration Project
 of the National Lawyers Guild
89 South St. Suite 603
Boston, MA 02111
Ph. (617) 412-6794
Em. khaled@nipnlg.org

/s/ Devin T. Theriot-Orr
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
Em. devin@opensky.law

BRIAN T. MORAN
United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS, CA SBA #105161

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse

JOINT STATUS REPORT
C18-655-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | 700 Stewart Street |
| 2 | Seattle, Washington 98101-1271 |
| | Phone: 206-553-7970 |
| 3 | Fax: 206-553-4073 |
| | Email: brian.kipnis@usdoj.gov |
| 4 | Email: sarah.morehead@usdoj.gov |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STATUS REPORT
C18-655-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970