The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Maria Mora-Villalpando,

Plaintiff,

v.

U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, and U.S. Citizenship and Immigration Services,

Defendants.

CASE NO. C18-655-JLR

JOINT STATUS REPORT

The parties hereby file this Joint Status Report as required by the Court's Order on the parties' previous joint status report (Dkt. #68).

The parties agree that the merits of the case have now been resolved. The only remaining issues are whether attorney's fees are warranted and, if so, the amount. The parties are striving to negotiate and resolve that issue without the Court's intervention. If they are able to do so, the parties will file a stipulated motion to dismiss.



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

To that end, plaintiff's counsel submitted a fee request and documentation to defense counsel on February 8, 2021. Defendants are in the process of evaluating that request.

The parties propose that within 60 days of the date the Court files an order on this joint status report, the parties will file another joint status report, a motion to dismiss, or a proposed briefing schedule for Plaintiff's Motion for Attorney's Fees.

Dated this 15th day of March, 2021.

*/s/ Khaled Alrabe* .
Khaled Alrabe, NY Bar Reg. 5542311
(admitted *pro hace vice*)
National Immigration Project
of the National Lawyers Guild
89 South St. Suite 603
Boston, MA 02111
Ph. (617) 412-6794
Em. khaled@nipnlg.org

*/s/ Devin T. Theriot-Orr* .
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
Ph. (206) 962-5052
Fax (206) 681-9663
Em. devin@opensky.law

TESSA M. GORMAN
Acting United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS, CA SBA #105161

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220, United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271

Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov