The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA MORA-VILLALPANDO,<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, AND U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                    Defendants. | CASE NO. 2:18-cv-655-JLR<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>May 5, 2021 |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//

//

//

STIPULATED DISMISSAL - 1
(CASE NO. 18-655-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 5th day of May, 2021.

        Respectfully Submitted,

        TESSA M. GORMAN
        Acting United States Attorney

        s/ Brian C. Kipnis
        BRIAN C. KIPNIS

        s/ Sarah K. Morehead
        SARAH K. MOREHEAD, WSBA #29680
        Assistant United States Attorneys
        Office of the United States Attorney
        Suite 5220
        700 Stewart Street
        Seattle, Washington 98101-1271
        Phone: 206-553-7970
        Fax: 206-553-4073
        Email: brian.kipnis@usdoj.gov
        Email: sarah.morehead@usdoj.gov
        *Attorneys for Defendants*

        s/  Khaled Alrabe
        Khaled Alrabe, NY Bar Reg. 5542311
        (admitted pro hace vice)
        NATIONAL IMMIGRATION PROJECT
        OF THE NATIONAL LAWYERS GUILD
        89  South St. Suite 603
        Boston, MA 02111
        Phone: (617) 412-6794
        Email: khaled@nipnlg.org

        s/  Devin T. Theriot-Orr
        Devin T. Theriot-Orr, WSBA #33995
        OPEN SKY LAW, PLLC
        20415 72nd Ave. S., Ste. 110
        Kent, WA  98032
        Phone: (206) 962-5052
        Fax:    (206) 681-9663

STIPULATED DISMISSAL - 2
(CASE NO. 18-655-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Email: devin@opensky.law
*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this _____ day of _____, 2021.

_____
DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL - 3
(CASE NO. 18-655-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970