The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA MORA-VILLALPANDO,

Plaintiff,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. CUSTOMS AND BORDER PROTECTION, AND U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

CASE NO. 2:18-cv-655-JLR

STIPULATED ORDER FOR DISMISSAL

Noted for Consideration:
May 5, 2021

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 5th day of May, 2021.

Respectfully Submitted,

TESSA M. GORMAN
Acting United States Attorney

s/ Brian C. Kipnis
BRIAN C. KIPNIS

s/ Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Office of the United States Attorney
Suite 5220
700 Stewart Street
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: brian.kipnis@usdoj.gov
Email: sarah.morehead@usdoj.gov
*Attorneys for Defendants*

s/ Khaled Alrabe
Khaled Alrabe, NY Bar Reg. 5542311
(admitted pro hace vice)
NATIONAL IMMIGRATION PROJECT
OF THE NATIONAL LAWYERS GUILD
89 South St. Suite 603
Boston, MA 02111
Phone: (617) 412-6794
Email: khaled@nipnlg.org

s/ Devin T. Theriot-Orr
Devin T. Theriot-Orr, WSBA #33995
OPEN SKY LAW, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
Phone: (206) 962-5052
Fax: (206) 681-9663

Email: devin@opensky.law
*Attorneys for Plaintiffs*

**~~[PROPOSED]~~ ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this 6th day of May, 2021.

DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL - 3
(CASE NO. 18-655-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970